PATRICK J. D'ARCY, Cal. Bar No. 250174
**PATRICK J. D'ARCY, APLC**
1 Park Plaza, Suite 380
Irvine, California 92614
Telephone: (949)-988-7640
Facsimile: (949)-988-7641

JS-6

Attorney for Plaintiff Elmer Clarke and Pearle Clarke

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER CLARKE, an individual, and PEARLIE CLARKE, an individual, <br><br> Plaintiff(s), <br><br> vs. <br><br> U.S. BANK NATIONAL ASSOCIATION, as trustee of the Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, 2007-3, a corporation, AURORA FEDERAL SAVINGS BANK, a corporation, and DOES 1-20, inclusive, <br><br> Defendant(s). | **Case No. SACV 12-281-JVS(RNBx)** <br><br> [PROPOSED] **ORDER TO DISMISS PLAINTIFF'S ENTIRE ACTION WITH PREJUDICE** |

///

///

///

///

1

Elmer Clarke and Pearlie Clarke ("Plaintiff"), Aurora Bank FSB, erroneously sued as Aurora Federal Savings Bank ("Aurora") and U.S. Bank National Association, solely in its capacity as trustee of the Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, 2007-3 ("U.S. Bank," and collectively with "Aurora," the "Defendants") entered into a confidential agreement to settle this lawsuit (the "Action") on terms mutually satisfactory to them. In furtherance thereof, the Plaintiff and Defendants (the "Parties") entered into a stipulation (the "Stipulation") to give notice of their intention to fully settle the Action <u>with prejudice</u>. The Stipulation having already been filed has dismissed the Action with prejudice. The Parties now seek an order of dismissal with prejudice from this Court.

NOW THEREFORE, in consideration of the foregoing, the Parties' filed Stipulation, and good cause appearing therefor, the Court hereby **orders** the dismissal of the Action <u>with prejudice</u>.

**IT IS SO ORDERED.**

<u>May 23, 2013</u>

_____
Honorable Robert N. Block
United States Magistrate Judge

2